**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-6428**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

ARTHUR EDWARD WILLIAMSON, JR., a/k/a Fast Eddie,

        Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Anderson. Henry M. Herlong, Jr., Senior District Judge. (8:02-cr-00324-HMH-1)

Submitted: October 14, 2021                    Decided: October 18, 2021

Before DIAZ and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Arthur Edward Williamson, Jr., Appellant Pro Se. Sloan Price Ellis, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arthur Edward Williamson, Jr., appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. Having reviewed the record and finding no reversible error, we affirm the decision of the district court. *See United States v. Williamson*, No. 8:02-cr-00324-HMH-1 (D.S.C. Mar. 3, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*